FILED

12/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0403

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 24-0403**

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>JOHN KURTIS OBLINGER,<br><br>        Petitioner/Appellant,<br><br>and<br><br>LORA JEAN OSTER,<br><br>        Respondent/Appellee. | **ORDER GRANTING EXTENSION OF TIME** |

Upon consideration of Appellee's Motion for Extension of Time to File Response Brief, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 29, 2025, within which to file her Response Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 18 2024